United States District Court
Southern District of Texas
**ENTERED**
April 04, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DIAGNOSTIC AFFILIATES OF NORTHEAST HOU, LLC D/B/A 24 HOUR COVID RT-PCR LABORATORY | § § § § | |
| *Plaintiff,* | § | C.A. No. 2:21-cv-00131 |
| v. | § § | |
| UNITED HEALTH GROUP, INC., ET AL | § § § | |
| *Defendants.* | | |

### ORDER GRANTING DISMISSAL AS TO DEFENDANT SWISSPORT NORTH AMERICAN HOLDINGS, INC. HEALTH & WELFARE PLAN

WHEREAS, Plaintiff Diagnostic Affiliates of Northeast Hou, LLC d/b/a 24 Hour Covid RT-PCR Laboratory and Defendant Swissport North American Holding, Inc. Health & Welfare Plan (the "Swissport Plan") have resolved the issues alleged in the complaint and have negotiated in good faith for that purpose and executed a Settlement Agreement.

WHEREAS, neither Plaintiff and Defendant Swissport Plan wish to continue the litigation between Plaintiff and Defendant the Swissport Plan, and to that end, Plaintiff has filed a Notice and Stipulation of Settlement pursuant to Fed. Civ. P. 21, filed with this Court, in which Plaintiff's claims against the Swissport Plan are dismissed with prejudice, with each party (Plaintiff and Defendant Swissport Plan) bearing their own costs and attorneys' fees.

IT IS HEREBY ORDERED as follows:

1. The Plaintiff's Request for Order of Dismissal as to Defendant Swissport Plan only is hereby GRANTED.

2. Plaintiff's claims against Defendant Swissport Plan are hereby dismissed with prejudice and with each party (Plaintiff and Defendant Swissport Plan) bearing its own costs and attorneys' fees.

**SO ORDERED:**

_____
United States District Judge

Dated: 4/4/2022