United States District Court
Southern District of Texas
**ENTERED**
September 14, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
CORPUS CHRISTI DIVISION

| | |
|---|---|
| DIAGNOSTIC AFFILIATES OF NORTHEAST HOU, LLC D/B/A 24 HOUR COVID RT-PCR LABORATORY,<br>　　Plaintiff,<br><br>v.<br><br>UNITED HEALTH GROUP, INC., ET AL.<br>　　Defendants. | C.A. No. 2:21-cv-00131 |

## FINAL JUDGMENT

Pursuant to the Notice of Voluntary Dismissal with Prejudice (D.E. 187), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on September 14, 2023.

　　　　　　　　　　　　　　　　　　　　　_/s/ Nelva Gonzales Ramos_
　　　　　　　　　　　　　　　　　　　　　NELVA GONZALES RAMOS
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE